UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARK AUGER,

        Plaintiff,

  v.                                  Case No. 05-C-158

WILLIAM GROGAN,

        Defendant.

**ORDER OF DISMISSAL**

Based upon the apparent agreement of the parties, and in light of the failure of the plaintiff to prosecute this action, **IT IS HEREBY ORDERED** that this matter is dismissed on its merits without prejudice and without costs to either party.

Dated this __13th__ day of February, 2006.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge